

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-58,897-05

### EX PARTE STEVEN CRAIG MOODY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 607478-D IN THE 174TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of theft by check and sentenced to forty years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we conclude that consideration of Ground One is statutorily barred. Tex. Code of Crim. Proc. art. 11.07 § 4. Ground Two is denied, based on the trial court's findings of fact and this Court's independent review of the entire record. Accordingly, the writ application is dismissed and denied.

Filed: January 12, 2022
Do not publish